UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Len Croft, pro se

v.

Commissioner of Social Security

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10556 (LAK) (THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

✓ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          _____

_____
United States District Judge