☐ ORIGINAL

KAPLAN J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
Tel: (212) 637-2713
Fax: (212) 637-2750



SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                              :
LEN CROFT                    :
                              :
       Plaintiff,     :
                              :
  - v. -               :
                              :  STIPULATION AND ORDER
MICHAEL J. ASTRUE,     :  07 Civ. 10556 (LAK)
Commissioner of        :
Social Security,      :
                              :
       Defendant.     :
                              :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 25, 2008 to and including April 25, 2008. This extension is requested

in order to allow the Social Security Administration sufficient time to assess its litigation position in this case. No prior extensions have been requested in this case.

Dated:    New York, New York
          February 6, 2008

*[signature]*
LEN CROFT
Plaintiff pro se
200 West 147th Street
  Apt.#8F
New York, New York  10039
Tel. No.: (212) 926-5920

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED: *[signature]*

_____
UNITED STATES DISTRICT JUDGE
2/15/08