ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
LEN CROFT,                          :
                                    :
                    Plaintiff,      :
                                    :
         - v. -                     :   STIPULATION AND ORDER
                                    :        OF REMAND
MICHAEL J. ASTRUE,                  :
Commissioner of                     :   07 Civ. 10556 (LAK)(THK)
Social Security,                    :
                                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - -x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

for further administrative proceedings with respect to plaintiff's May 24, 2006 application for SSI benefits. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       March /8, 2008

*(signature)*
LEN CROFT
Plaintiff Pro Se
200 West 147th Street
Apt. # 8F
New York, New York 10039
Telephone No. (212)926-5920

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *(signature)*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No. (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED: *(signature)*
UNITED STATES DISTRICT JUDGE

3/27/08